```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 03572
   MERIC ERTURK
   CEMILE ERTURK                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8273    SSN XXX-XX-0273


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/30/2004 and was confirmed 03/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.16% from remaining funds.

     The case was paid in full 08/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
ILLINOIS TITLE LOANS       SECURED              327.10     116.36         327.10
BEST BUY                   UNSECURED       NOT FILED          .00            .00
BILLS DIESEL SERVICE       UNSECURED       NOT FILED          .00            .00
CHECK N GO                 FILED LATE            .00          .00            .00
ILLINOIS MASONIC HOSPITA   UNSECURED           4765.23        .00         2056.67
RIGHEIMER MARTIN & CINQU   NOTICE ONLY    NOT FILED           .00            .00
RIFAT KHAN MD              UNSECURED       NOT FILED          .00            .00
SOCIAL SECURITY ADMIN C    UNSECURED       NOT FILED          .00            .00
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED            376.32        .00          162.42
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00            .00
AMERICAN GENERAL FINANCE   UNSECURED           4134.31        .00         1784.37
LOUIS A WEINSTOCK          NOTICE ONLY           .00          .00            .00
RISK MANAGEMENT ALYERNAT   UNSECURED       NOT FILED          .00            .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED          .00            .00
CERTEGY                    NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED            493.40        .00          212.95
VIKING COLLECTION SERVIC   NOTICE ONLY     NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED          .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED          .00            .00
COLLECTION COMPANY OF AM   NOTICE ONLY     NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED           2371.71        .00         1023.63
GC SERV LIMITED PARTNERS   UNSECURED       NOT FILED          .00            .00
ILLINOIS MASONIC MEDICAL   UNSECURED       NOT FILED          .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           4868.63        .00         2101.30
ZALUTSKY & PINSKI LTD      REIMBURSEMENT       194.00         .00          194.00
ECAST SETTLEMENT CORP      UNSECURED OTH       253.70         .00          109.00
CITY OF CHICAGO PARKING    UNSECURED            770.00        .00          332.33
CAPITAL ONE BANK           UNSECURED OTH       721.60         .00          311.99
ZALUTSKY & PINSKI LTD      DEBTOR ATTY        2,200.00                   2,200.00

                      PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 03572 MERIC ERTURK & CEMILE ERTURK
```

```
TOM VAUGHN                    TRUSTEE                                  572.88
DEBTOR REFUND                 REFUND                                   145.91

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 11,650.91

PRIORITY                                          194.00
SECURED                                           327.10
    INTEREST                                      116.36
UNSECURED                                       8,094.66
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              572.88
DEBTOR REFUND                                     145.91
                        ---------------    ---------------
TOTALS                  11,650.91              11,650.91
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 11/29/07         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE